RECEIVED

JAN - 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LAWRENCE D. RILEY<br>REG. NO. 13529-045<br>VS.<br><br>JOSEPH YOUNG | CIVIL ACTION NO. 2:12-cv-766<br>SECTION P<br>JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** as unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 2nd day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE